

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

United States Courthouse
300 Quarropas Street
White Plains, New York 10601

January 8, 2019

**VIA E-MAIL**

Honorable Lisa Margaret Smith
United States Magistrate Judge, Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   *United States v. Mayer Rosner, et al.*, **18 Mag. 10939**

Dear Judge Smith:

     The Government respectfully submits this letter to request an order of continuance in the above-referenced case, from January 11, 2019 (the fourteenth day following the initial appearance), to January 23, 2019 (the thirtieth day). This request is made jointly and with the consent of defense counsel for defendants Mayer Rosner, Jacob Rosner, and Nachman Helbrans.

     On December 27, 2018, the defendants were arrested and, in a complaint also dated December 27, 2018, charged with violations of Title 18, United States Code Sections 1201 (kidnapping). The following day, on December 28, 2018, the defendants were presented before Magistrate Judge Paul E. Davison and ordered detained. At that time, pursuant to Rule 5.1 of the Federal Rules of Criminal Procedure, the preliminary hearing date was scheduled for January 11, 2018. The defendants, through counsel, have now waived their right to a preliminary hearing within 14 days. Accordingly, the parties respectfully request that the Court continue the date of the preliminary hearing to what would have been the 30th day from the date of the initial appearance, that is, to continue the date of the preliminary hearing from January 11, 2019 to January 23, 2019.

     Respectfully submitted,

     GEOFFREY BERMAN
     United States Attorney

By:   /s/
     Sam Adelsberg
     Jamie Bagliebter
     Assistant United States Attorney
     (914) 993-1919

Cc: Susanne Brody, Sam Braverman, Bruce Koffsky (By E-mail)

SO ORDERED  *Lisa Margaret Smith*  1/8/2019