ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA

    - v -                                  <u>AFFIRMATION</u>

NACHMAN HELBRANS,                           18 Mag. 10939

               Defendant.
-------------------------------------------------------x

STATE OF NEW YORK          )
COUNTY OF WESTCHESTER    : ss.:
SOUTHERN DISTRICT OF NEW YORK )

        Samuel Adelsberg, under penalty of perjury, hereby affirms as follows:

    1.   I am an Assistant United States Attorney in the Southern District of New York.   I submit this affirmation in support of an application for a fifth order of continuance of the time within which an indictment or information would otherwise have to be filed, pursuant to Title 18, United States Code, Section 3161(h)(7)(A).

    2.   NACHMAN HELBRANS, the defendant, was charged with violations of 18 U.S.C. § 1201 & 2, in a complaint dated December 27, 2018. The defendant was presented before Magistrate Judge Paul E. Davison on December 27, 2018, and the defendant was detained.

    3.   Bruce Koffsky, Esq., attorney for the defendant, has since been engaging in preliminary discussions with the Government concerning a possible disposition of this case without trial, and those discussions are ongoing.   The Government hereby requests that a continuance of 28 days be granted, during which time we may pursue further discussions.

    4.   On May 13, 2019, Mr. Koffsky, counsel for the defendant, agreed by electronic mail on behalf of the defendant that the requested continuance of 28 days is appropriate in these

circumstances.

       5.     For the reasons stated above, the ends of justice served by the granting of the continuance requested outweigh the best interests of the public and defendant in a speedy trial.

       6.     Pursuant to Title 28, United States Code, Section 1746, I declare under penalties of perjury that the foregoing is true and correct.

Executed on May 13, 2019.

Samuel Adelsberg
Assistant United States Attorney